UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UCHENNA ONYIA,                      **AFFIDAVIT OF SERVICE**

          Plaintiff,

                                        10 Civ. 1519 (RMB)

-versus-

THE CITY OF NEW YORK, et. al.,

          Defendants.

---

Robert M. Quackenbush being duly sworn deposes and says:

1. I am over 18 years of age and am not a party to this action.

2. On April 16, 2010, at approximately 1:15 p.m., at One Police Plaza, Room 1200, in the County and State of New York, I served a **Summons** and **Complaint** upon **Detective Richard Carrera, Shield No. 00087**, defendant therein named, by delivering and leaving a true copy of the documents with a person of suitable age and discretion.

3. Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

   Sex: Female      Race: Hispanic      Hair: Black      Approx Age: 35

   Approx. Height: 5'7"               Approx Weight: 130 lbs.

4. On April 16, 2010, at approximately 3:00 p.m., I mailed a copy of the **Summons** and **Complaint** in an envelope addressed to **Detective Richard Carrera, Shield No. 00087** at **One Police Plaza, Room 1200, New York, NY 10038**. Said envelope was marked

"Personal and Confidential" and did not include any markings indicating that said mailing came from a law office. Said envelope was affixed with sufficient postage and deposited in a mail depository within the exclusive control of the United States Postal Service.

Dated:     New York, New York
           April 16, 2010

By: _____
     Robert M. Quackenbush

Sworn to before me on

_4/16/_____, 2010

_____
Notary Public

David B. Rankin
Notary Public - No. 02-RA6211487
Qualified in Kings County, NY
expires Sept. 21, 2013

2