UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UCHENNA ONYIA,                                **AFFIDAVIT OF SERVICE**

        Plaintiff,

                                            10 Civ. 1519

-versus-

THE CITY OF NEW YORK, et. al.,

        Defendants.

---

Robert M. Quackenbush being duly sworn deposes and says:

1. I am over 18 years of age and am not a party to this action.

2. On May 1, 2010, at approximately 3:30 p.m., at the **32nd Precinct, 250 West 135th Street**, in the County and State of New York, I served a **Summons and Complaint** upon **DEPUTY INSPECTOR KEVIN CATALINA**, defendant therein named, by delivering and leaving a true copy of the documents with a person of suitable age and discretion.

3. Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

   Sex: Male      Race: Hispanic      Hair: Black      Approx Age: 35

   Approx. Height: 5'10"                        Approx Weight: 200 lbs.

4. On May 3, 2010, at approximately 11:00 A.M., I mailed a copy of the **Summons** and **Complaint** in an envelope addressed to **DEPUTY INSPECTOR KEVIN CATALINA, NYPD – 32nd Precicnt, 250 West 135th Street, New York, NY 10030**. Said envelope was

marked "Personal and Confidential" and did not include any markings indicating that said mailing came from a law office. Said envelope was affixed with sufficient postage and deposited in a mail depository within the exclusive control of the United States Postal Service.

Dated:   New York, New York
         May 3, 2010

By: _____
    Robert M. Quackenbush

Sworn to before me on

_____May 3_____, 2010

_____
Notary Public

Mark Taylor
Notary Public - No. 02-TA6202266
Qualified in Kings County, NY
expires March 23, 2012